AUSA: JOHN N O'BRIEN, II  Telephone: 313-226-9715
Special Agent : GEORGE F LINEN  Telephone: 313-965-2323

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

DERRICK HAYWOOD

Case: 2:14-mj-30107
Judge: Unassigned,
Filed: 03-10-2014 At 02:01 PM
CMP USA V HAYWOOD (LCB)

    Defendant(s).

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of 3/9/2014, in the county of Macomb in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of Firearm |

This criminal complaint is based on these facts:
(see attached affidavit)

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent George F. Linen
Printed name and title

Sworn to before me and signed in my presence.

Date: _____

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Mona K Majzoub
Printed name and title

## AFFIDAVIT

I, George F. Linen, being sworn, depose and state the following:

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports regarding the events and circumstances and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, United States Department of Justice since July of 2004, currently assigned to the Detroit Field Division. I have been involved in numerous investigations of state and federal firearms violations. I am also a graduate of the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, GA.

3. I am currently involved in an investigation of a subject identified as Derrick HAYWOOD, born XX/XX/1977. This investigation concerns HAYWOOD and violations of Federal firearms and narcotics laws.

4. On December 23, 2013, a computerized criminal history (CCH) was reviewed. The CCH shows that Derrick HAYWOOD is a convicted felon, having been convicted as follows: Felony Controlled Substance Delivery/Manufacture Marijuana in 3rd Circuit Court, Detroit, MI under docket # 98-012031-01 on March 18, 1999; Felony Controlled Substance Delivery/Manufacture (Cocaine, Heroin or Another Narcotic) Less than 50 Grams in 3rd Circuit Court, Detroit, MI under docket # 98-013849-01 on March 18, 1999; Felony Controlled Substance Delivery/Manufacture (Cocaine, Heroin or Another Narcotic) Less than 50 Grams in 3rd Circuit Court, Detroit, MI under docket # 03-003961-01 on April 24, 2003; Felony Weapons – Felony Firearms in 3rd Circuit Court, Detroit, MI under docket # 09-001603-01 on April 07, 2009.

5. On February 28, 2014, a search warrant for the residence of Derrick HAYWOOD, located at 144XX Hendricks Avenue, Warren, MI, was issued by the United States District Court for the Eastern District of Michigan, signed by the Hon. R. Stephen Whalen, U.S. Magistrate Judge.

6. In addition to previous surveillance showing HAYWOOD to be regularly present at 144XX Hendricks, Warren, MI, a query of a public database associates HAYWOOD with the residence.

7. On March 9, 2014, law enforcement observed Derrick HAYWOOD and Soyita HINDS exiting 144XX Hendricks (full address known to law-enforcement), Warren, MI during pre-warrant surveillance. Derrick HAYWOOD and Soyita HINDS departed the residence in a Chevrolet Malibu belonging to HINDS. Surveillance maintained visual surveillance of the vehicle, with Derrick HAYWOOD never exiting. The vehicle never left the neighborhood, but returned to the residence. Upon this observation, law enforcement detained Derrick HAYWOOD and Soyita HINDS. Law enforcement officers then executed the previously mentioned search warrant at 144XX Hendricks Avenue, Warren, MI.

8. Inside 144XX Hendricks, Warren, MI, law enforcement encountered a young child and Deborah HAYWOOD, the mother of Derrick HAYWOOD.

9. During the search of 144XX Hendricks Avenue, Warren, MI, law enforcement officers and agents recovered from the bedroom of Derrick HAYWOOD the following:

    a. one (1) Mossberg Shotgun, Model 500, serial number U657078
    b. Multiple boxes of miscellaneous ammunition
    c. A clear plastic bag containing suspected marijuana
    d. Michigan identification for Derrick HAYWOOD
    e. One (1) firearm magazine loaded with ammunition
    f. US Currency
    g. One (1) empty Glock handgun box

    Law enforcement officers who were involved in the search located a safe in the house. HAYWOOD stated that he had keys to the safe "in his bedroom". The room from which the shotgun was recovered contained the keys and also contained male clothing and identification documents belonging to HAYWOOD.

10. The aforementioned suspected marijuana, boxes of ammunition and identification of Derrick HAYWOOD were all found within the same bag, within the bedroom of Derrick HAYWOOD.

11. Derrick HAYWOOD is a previously convicted felon, therefore prohibited from possessing firearms and/or ammunition under Title 18 USC 922(g)(1).

12. On March 10, 2014, Special Agent Terry Schimke, Interstate Nexus Expert, stated that the Mossberg shotgun, Model 500, serial number U657078 was manufactured outside the State of Michigan, thereby traveling in and affecting interstate commerce and that the firearm was manufactured after 1898.

13. Based on the above facts, I have probable cause to believe that Derrick HAYWOOD, DOB: XX/XX/1977, FBI# 250791JB6, SID#1977673P, a convicted felon, did knowingly and intentionally possess a firearm affecting interstate commerce, in violation of 18 U.S.C. 922(g)(1). Said violation having occurred on March 9, 2014 in the County of Macomb, Eastern Judicial District of Michigan.

George F. Linen
Special Agent, ATF

Sworn and subscribed to before me on this 10th day of March, 2014.

Honorable Mona K. Majzoub
United States Magistrate Judge

Date – March 10, 2014