UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO. 14-20178-01

v.

        HONORABLE DAVID M. LAWSON

DERRICK HAYWOOD,

        Defendant.

_____/

## INDEX OF EXHIBITS

| | |
|---|---|
| EXHIBIT A | Request for Compassionate Release to Warden |
| EXHIBIT B | Dr. Amon Declaration |
| EXHIBIT C | Covid1-19 Cases and Deaths in Prisons |
| EXHIBIT D | Inmate Education Transcript |
| EXHIBIT E | Letters of Support |