# EXHIBIT E

**From:** Denise Williams [mailto:msdenisewillams11@gmail.com]
**Sent:** Thursday, July 9, 2020 1:40 PM
**To:** Nancy McGunn <Nancy_McGunn@fd.org>
**Subject:** Debra Haywood


Dear Honorable Judge Lawson

   My name is Debra Haywood 59 years old.

   I am the mother of inmate Derrick Haywood (49851-039). He is my oldest son of two that I raised as a young woman with my parents, without their father being present. I'm a very loving family oriented, spiritual, honest, caring, hard working woman, that gives nothing but prayers and positive advice.

My family plays a big role in my life. Especially my son's and grandchildren.

   I'm asking for a request to allow Derrick to finish his time on a home confinement under the court rules and regulations. He will be living with his mother, Debra Haywood, his wife, Soyita Haywood and a 13 year old stepson. We love and miss him dearly.

   Derrick Haywood is a very caring loving person that helps everyone he can. Giving him a chanc will help prove to society that he will not regret it. The spiritual course he's taking has taught him a lot about being a respectful person, husband, son, father and friend. His plan doing home confiinment is take a heating and cooling class, get a good job, so he can support and build a foundation for him and family.


Thank you for your consideration.


        Sincerely yours

        Debra Haywood

        313 706 9810

| | |
|---|---|
| **From:** | Soyita Haywood |
| **To:** | Nancy McGunn |
| **Subject:** | Support letter |
| **Date:** | Friday, July 10, 2020 6:57:39 AM |

  Hi , my name is Soyita Haywood I'm writing this letter to ask you all to please consider early release for my husband Derrick Haywood. Derrick has been incarcerated since March of 2014 , I believe Derrick has reformed he has two beautiful Granddaughters that he only seen a few times and he's missing out on precious years. He has not been in any trouble while incarcerated he's completed multiple programs to help him reform. I'm here in any way to help Derrick stay on track and seek and maintain employment. I'm employed full time as a nursing assistant and want to further my education in nursing and it would be a lot stressful to have him home working and helping maintain the household . I'm recovering from surgery during this pandemic having health scares and really need my husband by my side. Derrick and I was married on his sentencing day before Judge Cohn May 19th 2015 and it would be a blessing to have my husband home with his family .
  Thanks so much
  Soyita Haywood